U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 23 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MARQUEE JOHNSON | CIVIL ACTION NO. 3:13CV2559 - SEC P |
| VERSUS | JUDGE WALTER |
| MADISON PARISH DETENTION CENTER, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants' Motion for Summary Judgment, [doc. # 26], is **GRANTED**, and that the Complaint, [doc. # 1], is **DISMISSED without prejudice** for failure to exhaust administrative remedies, but **DISMISSED with prejudice** for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

THUS DONE AND SIGNED in chambers, this 23 day of October 2014, Shreveport, Louisiana.

Donald E. Walter
United States District Judge